[No. 9085–2–I. Division One. December 21, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. GARY
VAN PILON, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 90897, T. Patrick Corbett, J., entered June 13,
1980. *Affirmed* by unpublished opinion per Callow, J., concurred in by James, C.J., and Ringold, J.

[No. 9894–2–I. Division One. December 21, 1981.]

*In the Matter of the Marriage of* ALLEN A.
WOLMAN, *Appellant, and* BARBARA E.
WOLMAN, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. D–117137, Gerard M. Shellan, J., entered January 16, 1981. *Affirmed* by unpublished opinion per
Durham, J., concurred in by Ringold, A.C.J., and Williams,
J.

[No. 8791–6–I. Division One. December 21, 1981.]

GEORGE MITCHELL, *Appellant,* v. LOCAL 46, INTER–
NATIONAL BROTHERHOOD OF ELECTRICAL
WORKERS, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 860644, Jack P. Scholfield, J., entered April 18,
1980. *Reversed* by unpublished opinion per Ringold, A.C.J.,
concurred in by Williams and Corbett, JJ.